UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTY L. THISTLE,

    Plaintiff,

    vs.                                 Case No: 13-CV-0735

GOLDEN COUNTY FOODS, INC.,

    Defendant.

---

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) WITHOUT COST OF FEES

---

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Christy L. Thistle, by her attorneys, Heins & Minko LLC, and Defendant Golden County Foods, Inc., by its attorneys, Ruder Ware LLSC, that this action, and all claims herein, is hereby dismissed pursuant to FED. R. CIV. P. 41(a)(1) with prejudice and without attorneys' fees or costs to either Party.

Dated this 21st day of July, 2014.

**STIPULATED AND AGREED TO BY THE PARTIES:**

    HEINS & MINKO LLC
    Counsel for Plaintiff

    *s/Erica N. Reib.*
    Erica N. Reib, State Bar No. 1084760
    1001 West Glen Oaks Lane, Suite 101
    Mequon, Wisconsin 53092
    Telephone: 262-241-8444
    Fax: 262-241-8455
    email: ereib@heinslawoffice.com

    RUDER WARE LLSC
    Counsel for the Defendant

*s/ Sara J. Ackermann*
Sara J. Ackermann, State Bar No. 1056492
500 First Street, Suite 8000
P.O. Box 8050
Wausau, Wisconsin 54402-8050
Telephone: (715) 845-4336
Facsimile: (715) 845-2718
Email: sackermann@ruderware.com